In re Estate of Michael F. Lane, Deceased.
Daniel M. Lane and William J. Lane, Appellants, v. Marie Gibbs, Individually and as Administrator of Estate, Appellee.

Gen. No. 46,437.

First District, First Division.

January 31, 1955.

Rehearing denied February 21, 1955.

Released for publication February 23, 1955.

Martin L. Massman, for appellants; William Pellicore, for appellee. Opinion by JUSTICE NIEMEYER. Not to be published in full.